UNITED STATES of America, Plaintiff–Appellee

v.

Louis B. WATSON; Cynthia Watson, Defendants–Appellants

v.

Chase Mortgage Services, Inc., Defendant–Appellee.

No. 08–50984
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 28, 2009.

Mark D. Hopkins, Savrick, Schumann, Johnson, McGarr, Kaminski & Shirley, Austin, TX, for Defendant–Appellee.

Louis B. Watson, pro se.

Cynthia Watson, pro se.

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

Treating this "petition for writ of prohibition" and "assertion of rights" as an appeal from summary judgment, we affirm the judgment of the district court. The appellants provide no support for their assertions that the district court lacked jurisdiction, that the district judge should have recused, or that they have any other

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

factual or legal basis for relief. AF-FIRMED.